IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RICHARD MITUKIEWICZ,

    Plaintiff,

v.                                       **Case No: 6:20-cv-1536-Orl-41EJK**

FORNESS PROPERTIES, LLC,
a Florida limited liability company,
and ANDREW E. FORNESS, individually,

    Defendants.
_____/

## NOTICE OF PENDENCY OF OTHER ACTIONS

In accordance with Local Rule 1.04(d), I certify that the instant action:

**IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other Federal or State court, or administrative agency.

I further certify that I will serve a copy of this Notice of Pendency of Other Actions upon each party no later than fourteen days after appearance of the party.

Dated this 1st day of September 2020.

                                        s/Cathleen Scott
                                        Cathleen Scott, Esq.
                                        Florida Bar No. 135331
                                        Primary e-mail: CScott@scottwagnerlaw.com
                                        SCOTT WAGNER & ASSOCIATES, P.A.
                                        Jupiter Gardens
                                        250 South Central Boulevard
                                        Suite 104-A
                                        Jupiter, FL 33458
                                        Telephone: (561) 653-0008
                                        Facsimile: (561) 653-0020
                                        Secondary Address: 101 Northpoint Parkway
                                        West Palm Beach, FL 33407
                                        www.ScottWagnerLaw.com