IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RICHARD MITUKIEWICZ,

    Plaintiff,

v.                                  **Case No: 6:20-cv-1536-Orl-41EJK**

FORNESS PROPERTIES, LLC,
a Florida limited liability company,
and ANDREW E. FORNESS, individually,

    Defendants.
_____/

## NOTICE OF COMPLIANCE WITH THE
## COURT'S ORDER DATED JANUARY 11, 2021 (DE 16)

Plaintiff, RICHARD MITUKIEWICZ, by and through his undersigned counsel, hereby files this Notice of Compliance with the Court's Order (DE 16) dated January 11, 2021 ordering Plaintiff to provide responses to the Court's Interrogatories. Plaintiff provides responses as follows:

1. **What was your regular rate of pay**?

   - Plaintiff was initially hired as an intern and not paid anything. He worked as an unpaid intern from August 1, 2018 until December 31, 2018. He worked 24 hours a week. On January 1, 2019, Plaintiff was paid $15.63 per hour. After May 1, 2019, he also received commissions in the amount of 50% of the deals.

2. **What is the nature of your claim**?

   ___ Off the clock work (Defendant failed to record, or prohibited you from recording, all of your working time;

   ___ Misclassification (Defendant mistakenly classified you as exempt from overtime);

   _X_ Other (Please describe):

- Plaintiff is seeking payment for hours as an intern under FLSA for minimum wage.
- Plaintiff is also seeking unpaid commission and expenses under breach of contract theory (non FLSA).

3. Provide an accounting of your claim, including:

   a. Dates
   b. Regular hours worked
   c. Over-time hours worked
   d. Pay received versus pay claimed
   e. Total amount claimed

- Plaintiff worked as an unpaid intern from August 1, 2018 until December 31, 2018. He worked 24 hours a week. On January 1, 2019, Plaintiff was paid $15.63 per hour. After May 1, 2019, he also received commissions in the amount of 50% of the deals. When Plaintiff filed the lawsuit he contended he was owed the following:

  o $9,700 in unpaid commissions

  o $287 in expenses

  o $1500 as my final paycheck

  o $4,060.80 for minimum wage while an intern.

  o Total of $15,547.00

The Defendant alleged Plaintiff was not owed any commissions under its policy. The parties agreed to resolve their claims for $10,000 which constitutes a reduction in Plaintiff's commissions, and attorney's fees and costs. The Defendant also agreed to pay Plaintiff's attorney.

//

//

//

## CERTIFICATE OF SERVICE

I hereby certify on this   day of February 2, 2021, a true and correct copy of the foregoing document was provided to those listed on the attached Service List.

s/Cathleen Scott
Cathleen Scott, Esq.
Florida Bar No. 135331
Primary e-mail: CScott@scottwagnerlaw.com
SCOTT WAGNER & ASSOCIATES, P.A.
250 South Central Boulevard
Suite 104-A
Jupiter, FL 33458
Telephone: (561) 653-0008
Facsimile: (561) 653-0020
Secondary Address: 101 Northpoint Parkway
West Palm Beach, FL 33407
www.ScottWagnerLaw.com

## SERVICE LIST
### Case No: 6:20-cv-1536-Orl-41EJK

Kelly B. Holbrook
Florida Bar No. 527084
100 North Tampa Street, Suite 3500
Tampa, Florida 33602
Telephone: (813) 225-3020
Facsimile: (813) 225-3039
Primary Email: kelly.holbrook@nelsonmullins.com
Secondary Email: shelly.bradley@nelsonmullins.com
*Attorneys for Defendants,*
*FORNESS PROPERTIES, LLC and ANDREW E. FORNESS*